UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA        :    INDICTMENT

       -v.-                     :    08 Cr.

RAFAEL SOSA,                         **08 CRIM 714**
       a/k/a "Carlos Fernandez,"
       a/k/a "Carlos Martinez,"    :
       a/k/a "Ramon Martinez,"
       a/k/a "Ralphie Martinez,"   :
       a/k/a "Omak Ramos,"
       a/k/a "Omar Ramos,"         :
       a/k/a "Cheick Fofano,"
       a/k/a "Moussa Dante,"       :

                     Defendant.

- - - - - - - - - - - - - - - - - - - x

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: __AUG 0 4 2008__

COUNT ONE

The Grand Jury charges:

From in or about June 2008, in the Southern District of New York and elsewhere, RAFAEL SOSA, a/k/a "Carlos Fernandez," a/k/a "Carlos Martinez," a/k/a "Ramon Martinez," a/k/a "Ralphie Martinez," a/k/a "Omak Ramos," a/k/a "Omar Ramos," a/k/a "Cheick Fofano," a/k/a "Moussa Dante," the defendant, being an alien, unlawfully, willfully, and knowingly, did enter and was found in the United States, after having been removed from the United States, on or about November 29, 2004, subsequent to a conviction for the commission of an aggravated felony, to wit, a conviction on or about April 26, 1999, in New York Supreme Court, Bronx County, for criminal possession of a controlled substance in the third degree in violation of New York Penal Law, Section 220.16(1), without having obtained the express consent of the

Attorney General of the United States, or his successor, the
Secretary for the Department of Homeland Security, to reapply for
admission.

(Title 8, United States Code, Sections 1326(a) & (b)(2).)

_____
FOREPERSON

_Michael J. Garcia_
_____
MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

### UNITED STATES OF AMERICA

### - v. -

**RAFAEL SOSA,**
a/k/a "Carlos Fernandez,"
a/k/a "Carlos Martinez,"
a/k/a "Ramon Martinez,"
a/k/a "Ralphie Martinez,"
a/k/a "Omak Ramos,"
a/k/a "Omar Ramos,"
a/k/a "Cheick Fofano,"
a/k/a "Moussa Dante,"

**Defendant.**

### INDICTMENT

08 Cr.

(8 U.S.C. § 1326(a) & (b)(2).)

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

*Angela R. Lunn*
Foreperson.

8/4/08 Filed Indictment. Case Assigned to Judge Preska s/Mag. Judge Katz